(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hilton Head Communications, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **25-1754589** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**c/o Adelphia Communications Corporation**<br>**5619 DTC Parkway**<br>**Greenwood Village, CO**<br>ZIPCODE **80111** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Arapahoe County, Colorado** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor (Form of Organization)** (Check one box.)
- ☐ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☒ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity: _____

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ☒ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

New Petition - Hilton Head Communications L.P.3

| (Official Form 1) (10/05) | | FORM B1, Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Hilton Head Communications, L.P.** | |
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Attachment A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |
|---|---|
| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No. | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**<br><br>☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**
**Venue** (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
**Check all applicable boxes.**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| (Official Form 1) (10/05) | FORM B1, Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Hilton Head Communications, L.P.** |

<table>
<tr><th colspan="2">Signatures</th></tr>
<tr>
<th>Signature(s) of Debtor(s) (Individual/Joint)</th>
<th>Signature of a Foreign Representative</th>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<th>Signature of Attorney</th>
<th>Signature of Non-Attorney Bankruptcy Petition Preparer</th>
</tr>
<tr>
<td>

X *[signed] Paul V. Shalhoub*
Signature of Attorney for Debtor(s)
**Paul V. Shalhoub (PS-2133)**
Printed Name of Attorney for Debtor(s)
**WILLKIE FARR & GALLAGHER LLP**
Firm Name
**787 Seventh Avenue**
Address
**New York, NY 10019**
Address
**(212) 728-8000**
Telephone Number
3/31/06
Date

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<th colspan="2">Signature of Debtor (Corporation/Partnership)</th>
</tr>
<tr><td colspan="2">

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

HILTON HEAD COMMUNICATIONS, L.P.
By: UCA MCE I, LLC, as its general partner
By: Adelphia Cablevision, LLC, as its sole member
By: ACC Operations, Inc., as its sole member
By: *[signed]*
    Vanessa A. Wittman
    Executive Vice President and Chief Financial Officer
Date: 3/31/06

</td></tr>
</table>

# Attachment A

1. Concurrently herewith, the below-listed entities (together with the Debtor, the "RME Debtors"), have commenced chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (the "Court").

   Adelphia Cablevision Associates of Radnor, L.P.
   Adelphia Cablevision of West Palm Beach, LLC
   Adelphia Cablevision of West Palm Beach II, LLC
   Cablevision Business Services, Inc.
   Century MCE, LLC
   Desert Hot Springs Cablevision, Inc.
   Henderson Community Antenna Television, Inc.
   Highland Carlsbad Cablevision, Inc.
   Highland Carlsbad Operating Subsidiary, Inc.
   Highland Prestige Georgia, Inc.
   Highland Video Associates, L.P.
   Ionian Communications, L.P.
   Montgomery Cablevision Associates, L.P.
   OFE I, LLC
   OFE II, LLC
   Olympus MCE I, LLC
   Olympus MCE II, LLC
   Prestige Communications, Inc.
   UCA MCE I, LLC
   UCA MCE II, LLC

2. Concurrently herewith, the RME Debtors have filed a motion with the Court seeking the joint administration of their chapter 11 cases with the chapter 11 cases pending in the United States Bankruptcy Court for the Southern District of New York of the entities listed below, which are jointly administered under In re Adelphia Communications Corp., et al., Ch. 11 Case No. 02-41729 (REG). All of the following entities (collectively, the "Initial Debtors") filed voluntary petitions on June 25, 2002, with the exception of Century Communications Corp. which filed a voluntary petition on June 10, 2002:

| Debtor | Case Number |
|---|---|
| Century Communications Corporation | 02-12834 |
| Adelphia Communications Corporation | 02-41729 |
| Owensboro-Brunswick, Inc. | 02-41730 |
| Century Advertising, Inc. | 02-41731 |
| Century Programming, Inc. | 02-41732 |
| Century Investors, Inc. | 02-41733 |
| FAE Cable Management Corp. | 02-41734 |
| Adelphia Blairsville, LLC | 02-41735 |
| Century Colorado Springs Corp. | 02-41736 |
| Century Voice and Data Communications, Inc. | 02-41737 |

New Petition - Hilton Head Communications L.P.3

| | |
|---|---|
| Century Australia Communications, Corp. | 02-41738 |
| Century Oregon Cable Corp. | 02-41739 |
| Century Investment Holding Corp. | 02-41740 |
| Century-TCI California, LP | 02-41741 |
| Century-TCI Holdings, LLC | 02-41742 |
| Century-TCI California Communications, LP | 02-41743 |
| Century Exchange, LLC | 02-41744 |
| Century Cable of Southern California | 02-41745 |
| Century Pacific Cable TV Inc. | 02-41746 |
| Century Federal, Inc. | 02-41747 |
| Adelphia Communications of California II, LLC | 02-41748 |
| Adelphia Communications of California, LLC | 02-41749 |
| Harron Cablevision of New Hampshire, Inc. | 02-41750 |
| Adelphia Cablevision of Boca Raton, LLC | 02-41751 |
| Adelphia Cablevision Corp. | 02-41752 |
| Adelphia Cablevision of San Bernardino, LLC | 02-41753 |
| Adelphia Cablevision Inland Empire, LLC | 02-41754 |
| Adelphia Cablevision of Fontana, LLC | 02-41755 |
| Clear Cablevision, Inc. | 02-41756 |
| Adelphia Cablevision of Seal Beach, LLC | 02-41757 |
| Manchester Cablevision, Inc. | 02-41758 |
| Blacksburg/Salem Cablevision, Inc. | 02-41759 |
| Louisa Cablevision, Inc. | 02-41760 |
| Scranton Cablevision, Inc. | 02-41761 |
| Century Berkshire Cable Corp. | 02-41762 |
| Century Warrick Cable Corp. | 02-41763 |
| Adelphia Cablevision of West Palm Beach V, LLC | 02-41764 |
| Huntington CATV, Inc. | 02-41765 |
| Adelphia Cablevision of West Palm Beach IV, LLC | 02-41766 |
| Sentinel Communications of Muncie, Indiana, Inc. | 02-41767 |
| Century Indiana Corp. | 02-41768 |
| Southwest Colorado Cable, Inc. | 02-41769 |
| Century Southwest Colorado Cable Television Corp. | 02-41770 |
| Century Island Associates, Inc. | 02-41771 |
| Century Island Cable Television Corp. | 02-41772 |

| | |
|---|---|
| Owensboro Indiana, LP | 02-41773 |
| Century Colorado Springs Partnership | 02-41774 |
| Paragon Cablevision Construction Cooperation | 02-41775 |
| Paragon Cablevision Management Corporation | 02-41776 |
| Owensboro on the Air, Inc. | 02-41777 |
| Paragon Cable Television Inc. | 02-41778 |
| Century Granite Cable Television Corp. | 02-41779 |
| Century Mendocino Cable Television, Inc | 02-41780 |
| Adelphia Cablevision of Orange County II, LLC | 02-41781 |
| Mickelson Media, Inc. | 02-41782 |
| Adelphia Cablevision of West Palm Beach III, LLC | 02-41783 |
| Century New Mexico Cable Television Corp. | 02-41784 |
| E. & E. Cable Service, Inc. | 02-41785 |
| The Westover TV Cable Co. Incorporated | 02-41786 |
| Star Cable Inc. | 02-41787 |
| Grafton Cable Company | 02-41788 |
| Century Wyoming Cable Television Corp. | 02-41789 |
| Century Trinidad Cable Television Corp. | 02-41790 |
| S/T Cable Corporation | 02-41791 |
| Badger Holding Corporation | 02-41792 |
| Adelphia Cleveland, LLC | 02-41793 |
| Adelphia of the Midwest, Inc. | 02-41794 |
| Adelphia Prestige Cablevision, LLC | 02-41795 |
| Century Virginia Corp. | 02-41796 |
| Century Mountain Corp. | 02-41797 |
| Tele-Media Company of Hopewell-Prince George | 02-41798 |
| Eastern Virginia Cablevision Holdings, LLC | 02-41799 |
| Eastern Virginia Cablevision, LP | 02-41800 |
| Adelphia Company of Western Connecticut | 02-41801 |
| TMC Holdings, LLC | 02-41802 |
| TMC Holdings Corporation | 02-41803 |
| Brazas Communications, Inc. | 02-41804 |
| Martha's Vineyard Cablevision, LP | 02-41805 |
| Wellsville Cablevision, LLC | 02-41806 |
| CMA Cablevision Associates XI, LP | 02-41807 |

New Petition - Hilton Head Communications L.P.3

| | |
|---|---|
| CMA Cablevision Associates VII, LP | 02-41808 |
| Tele-Media Company of Tri-States, LP | 02-41809 |
| Tri-States, LLC | 02-41810 |
| Century Ohio Cable Television Corp. | 02-41811 |
| Century Cable Holdings, LLC | 02-41812 |
| Century Realty Corp. | 02-41813 |
| Century Cable Holding Corp. | 02-41814 |
| Arahova Communications, Inc. | 02-41815 |
| FOP Indiana, LP | 02-41816 |
| Adelphia Communications of California III, LLC | 02-41817 |
| The Main InternetWorks, Inc. | 02-41818 |
| FrontierVision Access Partners, LLC | 02-41819 |
| FrontierVision Capital Corporation | 02-41820 |
| FrontierVision Operating Partners, LP | 02-41821 |
| FrontierVision Cable New England, Inc. | 02-41822 |
| FrontierVision Holdings Capital II Corporation | 02-41823 |
| FrontierVision Holdings Capital Corporation | 02-41824 |
| FrontierVision Operating Partners, LLC | 02-41825 |
| FrontierVision Holdings, LP | 02-41826 |
| FrontierVision Holdings, LLC | 02-41827 |
| FrontierVision Partners, LP | 02-41828 |
| Adelphia GP Holdings, LLC | 02-41829 |
| Adelphia Cablevision of Simi Valley, LLC | 02-41830 |
| Adelphia Cablevision of Santa Ana, LLC | 02-41831 |
| Van Buren County Cablevision, Inc. | 02-41832 |
| Southwest Virginia Cable, Inc. | 02-41833 |
| UCA LLC | 02-41834 |
| US Tele-Media Investment Company | 02-41835 |
| SVHH Cable Acquisition, LP | 02-41836 |
| SVHH Holdings, LLC | 02-41837 |
| Sabres, Inc. | 02-41838 |
| Page Time, Inc. | 02-41839 |
| Mercury Communications, Inc. | 02-41840 |
| The Golf Club at Wending Creek Farms, LLC | 02-41841 |
| Chestnut Street Services, LLC | 02-41842 |

| | |
|---|---|
| Parnassos, LP | 02-41843 |
| Empire Sports Network, LP | 02-41844 |
| Parnassos Holdings, LLC | 02-41845 |
| Parnassos Communications, LP | 02-41846 |
| Western NY Cablevision, LP | 02-41847 |
| Montgomery Cablevision, Inc. | 02-41848 |
| Adelphia Western New York Holdings, LLC | 02-41849 |
| Adelphia Wellsville, LLC | 02-41850 |
| Adelphia Telecommunications, Inc. | 02-41851 |
| Adelphia Mobile Phones, Inc. | 02-41852 |
| Adelphia Harbor Center Holdings, LLC | 02-41853 |
| Adelphia General Holdings III, Inc. | 02-41854 |
| Adelphia International III, LLC | 02-41855 |
| Adelphia International II, LLC | 02-41856 |
| Adelphia Communications International, Inc. | 02-41857 |
| Adelphia Cablevision, LLC | 02-41858 |
| Adelphia Arizona, Inc. | 02-41859 |
| Adelphia Voice Services, Inc. f/k/a Adelphia Acquisition Subsidiary, Inc. | 02-41860 |
| ACC-AMN Holdings, LLC | 02-41861 |
| ACC Telecommunications of Virginia LLC | 02-41862 |
| ACC Telecommunications LLC | 02-41863 |
| ACC Telecommunications Holdings LLC | 02-41864 |
| Warrick Indiana, LP | 02-41865 |
| Warrick Cablevision, Inc. | 02-41866 |
| CCC-III, Inc. | 02-41867 |
| Yuma Cablevision, Inc. | 02-41868 |
| Wilderness Cable Company | 02-41869 |
| Valley Video, Inc. | 02-41870 |
| Telesat Acquisition, LLC | 02-41871 |
| RentaVision of Brunswick, Inc. | 02-41872 |
| Pullman TV Cable Co., Inc. | 02-41873 |
| Mickelson Media of Florida, Inc. | 02-41874 |
| Kootenai Cable, Inc. | 02-41875 |
| Imperial Valley Cablevision, Inc. | 02-41876 |

| | |
|---|---|
| Cowlitz Cablevision, Inc. | 02-41877 |
| Century Washington Cable Television, Inc. | 02-41878 |
| CDA Cable, Inc. | 02-41879 |
| Century Shasta Cable Television Corp. | 02-41880 |
| Century Norwich Corp. | 02-41881 |
| Century Mississippi Corp. | 02-41882 |
| Century Lykens Cable Corp. | 02-41883 |
| Century Kansas Cable Television Corp. | 02-41884 |
| Century Huntington Company | 02-41885 |
| Century Carolina Corp. | 02-41886 |
| Century Cable Management Corporation | 02-41887 |
| Century Cullman Corp. | 02-41888 |
| Century Alabama Corp. | 02-41889 |
| Century Enterprise Cable Corp. | 02-41890 |
| Century Alabama Holding Corp. | 02-41891 |
| Adelphia Cablevision of New York, Inc. | 02-41892 |
| Arahova Holdings, LLC. | 02-41893 |
| Cable Sentry Corporation | 02-41894 |
| Coral Security, Inc. | 02-41895 |
| Westview Security, Inc. | 02-41896 |
| Starpoint Limited Partnership | 02-41897 |
| Key Biscayne Cablevision | 02-41898 |
| West Boca Acquisition Limited Partnership | 02-41899 |
| Southeast Florida Cable, Inc. | 02-41900 |
| Timotheos Communications LP | 02-41901 |
| Adelphia Cable Partners, LP | 02-41902 |
| Genesis Cable Communications Subsidiary LLC | 02-41903 |
| ACC Cable Communications FL-VA, LLC | 02-41904 |
| ACC Cable Holdings VA, Inc. | 02-41905 |
| GS Telecommunications LLC | 02-41906 |
| GS Cable, LLC | 02-41907 |
| Adelphia GS Cable, LLC | 02-41908 |
| Mountain Cable Company, LP | 02-41909 |
| Three Rivers Cable Associates, LP | 02-41910 |
| Lake Champlain Cable Television Corporation | 02-41911 |

New Petition - Hilton Head Communications L.P.3

| | |
|---|---|
| Richmond Cable Television Corporation | 02-41912 |
| Adelphia Cablevision Associates, LP | 02-41913 |
| Better TV, Inc. of Bennington | 02-41914 |
| Young's Cable TV Corp. | 02-41915 |
| Mountain Cable Communications Corporation | 02-41916 |
| Rigpal Communications, Inc. | 02-41917 |
| Upper St. Clair Cablevision Inc. | 02-41918 |
| Pericles Communications Corporation | 02-41919 |
| Mt. Lebanon Cablevision, Inc. | 02-41920 |
| Multi-Channel TV Cable Company | 02-41921 |
| Kalamazoo County Cablevision, Inc. | 02-41922 |
| Chelsea Communications, Inc. | 02-41923 |
| Chelsea Communications, LLC | 02-41924 |
| Olympus Cable Holdings, LLC | 02-41925 |
| Adelphia Holdings 2001, LLC | 02-41926 |
| Robinson/Plum Cablevision, LP | 02-41927 |
| Olympus Subsidiary, LLC | 02-41928 |
| Telesat Acquisition Limited Partnership | 02-41929 |
| Olympus Capital Corporation | 02-41930 |
| Leadership Acquisition Limited Partnership | 02-41931 |
| Monument Colorado Cablevision, Inc. | 02-41932 |
| Global Acquisition Partners, LP | 02-41933 |
| Global Cablevision II, LLC | 02-41934 |
| CCH Indiana, LP | 02-41935 |
| Century Cablevision Holdings, LLC | 02-41936 |
| CCC-Indiana, Inc. | 02-41937 |
| Buenavision Telecommunications, Inc. | 02-41938 |
| Adelphia Telecommunications of Florida, Inc. | 02-41939 |
| CP-MDU I LLC | 02-41940 |
| CP-MDU II LLC | 02-41941 |
| Adelphia California Cablevision, LLC | 02-41942 |
| Adelphia Cablevision of the Kennebunks, LLC | 02-41943 |
| Adelphia Pinellas County, LLC | 02-41944 |
| California Ad Sales, LLC | 02-41945 |
| Adelphia Cablevision of Orange County, LLC | 02-41946 |

New Petition - Hilton Head Communications L.P.3

| Debtor | Case Number |
|---|---|
| Adelphia Cablevision of Newport Beach, LLC | 02-41947 |
| Ft. Myers Cablevision, LLC | 02-41948 |
| Ft. Myers Acquisition Limited Partnership | 02-41949 |
| Adelphia Central Pennsylvania, LLC | 02-41950 |
| Tele-Media Investment Partnership, LP | 02-41951 |
| National Cable Acquisition Associates, LP | 02-41952 |
| Olympus Communications Holdings, LLC | 02-41953 |
| Olympus Communications, LP | 02-41954 |
| ACC Holdings II, LLC | 02-41955 |
| ACC Operations, Inc. | 02-41956 |
| ACC Investment Holdings, Inc. | 02-41957 |

3. The following entities commenced chapter 11 cases in the Court on October 6, 2005. Pursuant to an Order dated October 11, 2005, the chapter 11 cases of these debtors and debtors in possession are jointly administered with those of the Initial Debtors:

| Debtor | Case Number |
|---|---|
| ACC Properties 1, LLC | 05-44167 |
| ACC Properties 103, LLC | 05-44168 |
| ACC Properties 105, LLC | 05-44170 |
| ACC Properties 109, LLC | 05-44171 |
| ACC Properties 121, LLC | 05-44172 |
| ACC Properties 122, LLC | 05-44174 |
| ACC Properties 123, LLC | 05-44178 |
| ACC Properties 130, LLC | 05-44190 |
| ACC Properties 146, LLC | 05-44192 |
| ACC Properties 154, LLC | 05-44193 |
| ACC Properties 156, LLC | 05-44195 |
| ACC Properties Holdings, LLC | 05-44196 |
| Century-TCI Distribution Company, LLC | 05-44197 |
| Parnassos Distribution Company I, LLC | 05-44198 |
| Parnassos Distribution Company II, LLC | 05-44200 |

4. On November 15, 2005, Palm Beach Group Cable, Inc. ("PBGC") commenced a chapter 11 case in the Court. Pursuant to an Order dated November 16, 2005, the chapter 11 case of PBGC is jointly administered with those of the Initial Debtors.

# WRITTEN CONSENT

# OF

# THE SOLE MEMBER

# OF

# ADELPHIA CABLEVISION, LLC

The undersigned, being the sole member and managing member of Adelphia Cablevision, LLC, a limited liability company organized and existing under the laws of the State of Pennsylvania (the "Company"), does hereby consent, pursuant to Section 8942(a) of the Pennsylvania Consolidated Statutes Annotated, to the adoption of the following resolutions by the sole member of this Company:

      RESOLVED, that, the Company, as sole member and managing member of Olympus MCE I, LLC ("Olympus I"), which: (a) is the general partner of each of (i) Adelphia Cablevision Associates of Radnor, L.P., (ii) Highland Video Associates, L.P., (iii) Montgomery Cablevision Associates, L.P.; and (b) is the sole member of each of: (i) Adelphia Cablevision of West Palm Beach, LLC and (ii) Adelphia Cablevision of West Palm Beach II, LLC (collectively, the "Olympus I Subsidiaries"), deems it desirable and in the best interests of Olympus I, the Olympus I Subsidiaries, and their respective creditors, member, employees and other interested parties that a petition be filed by Olympus I and each of the Olympus I Subsidiaries seeking relief under the provisions of chapter 11 of the United States Code (the "Bankruptcy Code"); and it is

      RESOLVED FURTHER, that, the Company, as sole member and managing member of Olympus MCE II, LLC ("Olympus II"), deems it desirable and in the best interests of Olympus II, its creditors, sole member, employees and other interested parties that a petition be filed by Olympus II seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is

      RESOLVED FURTHER, that, the Company, as sole member and managing member of UCA MCE I, LLC ("UCA I"), which is the general partner of each of (a) Hilton Head Communications, L.P. and (b) Ionian Communications, L.P. (together, the "UCA I Subsidiaries"), deems it is desirable and in the best interests of UCA I, the UCA I Subsidiaries, and their respective creditors, member, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is

      RESOLVED FURTHER, that, the Company, as sole member and managing member of UCA MCE II, LLC ("UCA II"), deems it desirable and in the best interests of UCA

II, its creditors, sole member, employees and other interested parties that a petition be filed by UCA II seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is

        RESOLVED FURTHER, that, the Company, as sole member and managing member of Century MCE, LLC ("Century MCE"), deems it desirable and in the best interests of Century MCE, its creditors, sole member, employees and other interested parties that a petition be filed by Century MCE seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is

        RESOLVED FURTHER, that, the Company, as sole member and managing member of OFE I, LLC ("OFE I"), deems it desirable and in the best interests of OFE I, its creditors, sole member, employees and other interested parties that a petition be filed by OFE I seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is

        RESOLVED FURTHER, that, the Company, as sole member and managing member of OFE II, LLC ("OFE II", and together with Olympus I, the Olympus I Subsidiaries, Olympus II, UCA I, the UCA I Subsidiaries, UCA II, Century MCE and OFE I, the "Subsidiaries"), deems it desirable and in the best interests of OFE II, its creditors, sole member, employees and other interested parties that a petition be filed by OFE II seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is

        RESOLVED FURTHER, that the managing member of the Company, be and hereby is, authorized and empowered on behalf of, and in the name of, the Company, to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said managing member executing the same shall determine; and it is

        RESOLVED FURTHER, that the managing member, and such other authorized persons of the Company as the managing member shall from time to time designate, be and each hereby is, authorized and empowered on behalf of, and in the name of, the Subsidiaries, to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the managing member may deem necessary, proper or desirable in connection with the Subsidiaries' chapter 11 case; and it is

        RESOLVED FURTHER, that the law firm of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, be employed as attorneys for the Subsidiaries in the Subsidiaries' chapter 11 case under a general retainer; and it is

        RESOLVED FURTHER, that the managing member be, and hereby is, authorized and empowered on behalf of, and in the name of, the Subsidiaries, to retain and employ other attorneys, investment bankers, accountants, restructuring advisers and other professionals to assist in the Subsidiaries' chapter 11 case on such terms as the managing member deems necessary, proper, or desirable; and it is

        RESOLVED FURTHER, that, in connection with the commencement of the chapter 11 cases by the Subsidiaries, the managing member, and such other authorized persons of the Company as the managing member shall from time to time designate, is authorized and empowered on behalf of, and in the name of, the Company, as the sole member and managing

member of the Subsidiaries, to execute and deliver (i) a joinder agreement, pursuant to which, each Subsidiary will become a party to the Third Amended and Restated Credit and Guaranty Agreement dated February 25, 2005 by and among Adelphia Communications Corporation, the subsidiaries of Adelphia Communications Corporation named therein and the financial institutions from time to time party thereto, as the same has been amended from time to time (the "DIP Credit Agreement"), which joinder agreement shall be in the form and on the terms and conditions presented to the Board of Directors; and (ii) such other agreements or instruments (collectively, such other agreements and instruments are referred to together with the DIP Credit Agreement as the "Financing Documents") that may be necessary or desirable to cause each Subsidiary to become a party to the DIP Credit Agreement and the other Loan Documents (as defined in the DIP Credit Agreement) and to otherwise consummate the transactions contemplated by the DIP Credit Agreement and such other Loan Documents; and it is

RESOLVED FURTHER, that the performance and consummation of the transactions contemplated by the Financing Documents, by the Subsidiaries, including, without limitation, the granting of security interests and liens contemplated thereby, be and hereby are, in all respects approved; and it is

RESOLVED FURTHER, that the managing member, and any employees or agents (including counsel) designated by or directed by such managing member, be and each hereby is, authorized and empowered to cause the Subsidiaries and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such Financing Documents, and to take such other actions, as in the judgment of such managing member or other employee or agent shall be or become necessary, proper or desirable to prosecute to a successful completion the Subsidiaries' chapter 11 case, to effectuate the restructuring of the Subsidiaries' debt, other obligations, organizational form and structure, and ownership of the Subsidiaries and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is

RESOLVED FURTHER, that the managing member, and such other authorized persons of the Company as the managing member shall from time to time designate be, and each of them hereby is, authorized and directed to do or cause to be done any and all such other acts and things and to execute and deliver any and all such further documents, instruments and certificates, in the name and on behalf of the Subsidiaries, as they or any of them may deem necessary or appropriate to carry into effect the full intent and purpose of the foregoing resolutions, the taking of any such actions or the execution or delivery of any such documents, instruments or certificates by such officer or officers to be conclusive evidence that the same were authorized by this resolution; and it is

RESOLVED FURTHER, that any and all past actions heretofore taken by the Authorized Officers, in the name of and on behalf of the Subsidiaries in furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of _March 29_, 2006.

By: ACC Operations, Inc., its sole member

By: _____
Brad M. Sonnenberg
Executive Vice President,
General Counsel and Secretary